1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| LUCERO OSEGUERA, | |
|---|---|
| Plaintiff, | NO. 3:17-cv-06049-RBL |
| v. | NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES |
| WILCOX FARMS, INC., | |
| Defendant. | |

Notice is hereby given that Plaintiff's claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be stricken from the court calendar.

If an order dismissing all claims against all parties is not entered within 60 days after the written notice of settlement is filed, the case shall be dismissed by the court.

NOTICE OF SETTLEMENT - 1
(3:17-cv-06049-RBL)
[4838-2485-0272]

Law Office
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

1   DATED this 5th day of April, 2018.

2                                           DWAYNE L. CHRISTOPHER, PLLC
                                            By:  Dwayne L. Christopher, WSBA #28892
3                                           Dwayne@dlclawgroup.com

4

5                                           GORDON THOMAS HONEYWELL LLP

6                                           By: _*Stephanie Bloomfield*_____
                                                  Stephanie L. Bloomfield, WSBA No. 24251
7                                                 sbloomfield@gth-law.com
                                            By:   /s/ James W. Beck
8                                                 James W. Beck, WSBA No. 34208
                                                  jbeck@gth-law.com
9
                                            By:   /s/ Janelle E. Chase-Fazio
10                                                Janelle E. Chase-Fazio, WSBA No. 51254
                                                  jchasefazio@gth-law.com
11

12                                          ATTORNEYS FOR PLAINTIFF

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF SETTLEMENT - 2
(3:17-cv-06049-RBL)
[4838-2485-0272]

Law Office
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565