UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUCERO OSEGUERA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WILCOX FARMS, INC.,<br><br>　　　　　　　　　　Defendant. | NO.  3:17-cv-06049-RBL<br><br>NOTICE OF DISMISSAL |

TO:     Clerk of the Court

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff files this Notice of Dismissal, hereby dismissing this action in its entirety, with prejudice.

　　　Dated this 14th day of May, 2018.

　　　　　　　　　　　　　　　　DWAYNE L. CHRISTOPHER, PLLC
　　　　　　　　　　　　　　　　Dwayne L. Christopher, WSBA #28892
　　　　　　　　　　　　　　　　Dwayne@dlclawgroup.com

　　　　　　　　　　　　　　　　GORDON THOMAS HONEYWELL LLP

　　　　　　　　　　　　　　　　By: /s/ James W.  Beck
　　　　　　　　　　　　　　　　　　James W. Beck, WSBA #34208
　　　　　　　　　　　　　　　　　　jbeck@gth-law.com
　　　　　　　　　　　　　　　　　　Stephanie L. Bloomfield, WSBA #24251
　　　　　　　　　　　　　　　　　　sbloomfield@gth-law.com
　　　　　　　　　　　　　　　　　　Janelle E. Chase-Fazio, WSBA No. 51254
　　　　　　　　　　　　　　　　　　jchasefazio@gth-law.com

NOTICE OF DISMISSAL - 1
(3:17-cv-06049-RBL)
[4846-7263-7029]

Law Office
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565